UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                                    Case Number 24-20151
v.                                             Honorable David M. Lawson

MAHDI HOWARD,

           Defendant.

_____/

## ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL

This matter is before the Court on a stipulation for substitution of counsel for the defendant. According to the terms of the stipulation, attorney Haralambos D. Mihas will substitute as counsel of record for the defendant in place of attorney Sanford Schulman.  The Court has considered the stipulation and finds that it should be granted.

Accordingly, it is **ORDERED** that the stipulation for substitution of counsel (ECF No. 35) is **GRANTED**.   Attorney Sanford Schulman's appearance as counsel of record for the defendant is **WITHDRAWN**, and he is discharged from any further responsibility to the Court in this matter.

It is further **ORDERED** that the defendant's motion for withdrawal of attorney Sanford Schulman (ECF No. 36) is **DENIED as moot**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:   July 24, 2024